UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re* BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *Rickey Brewer, et al., v. Bayer Corp., et al.* | Case No. 03-4822 |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of plaintiffs Ricky Brewer, Harold Jones, Arthur Knapp, Carl Scollo, Thomas Smith, and Franklin Sprague against defendants may be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs. This dismissal shall not affect the claims of the remaining plaintiffs in this action.

Dated: 2-25-04

_____
Turner W. Branch
Clyde DeMersseman
Branch Law Firm
2025 Rio Grande Blvd., N.W.
Albuquerque, NM 87104
(505) 243-3500

*Attorneys for Plaintiffs*

MAR 0 4 2004
FILED_____
   RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INTIALS_____

Dated: 2/26/04

_____
Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
  & SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

*Counsel for Bayer Corporation and Bayer AG*

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that plaintiffs Ricky Brewer, Harold Jones, Arthur Knapp, Carl Scollo, Thomas Smith, and Franklin Sprague are dismissed without prejudice.

DATED: MAR 4 2004

The Honorable Michael J. Davis
United States District Court

*Brewer*, No. 03-4822

3

CH1 2864349v1